UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| **CHRISTOPHER ROSE,** ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | NO. 5:25-CV-00196-MAS |
| ) | |
| **FRANK BISIGNANO,** ) | |
| *Commissioner of SSA,* ) | |
| ) | |
| ) | |
| **Defendant.** ) | |

**MEMORANDUM OPINION & ORDER**

Upon consideration of the Unopposed Motion for Attorney's Fees Under the Equal Access to Justice Act ("EAJA") [DE 21], the Court hereby awards Plaintiff attorney's fees in the total amount of $8,405.00, $8,000.00 in attorney's fees and $405.00 in costs under the EAJA, 28 U.S.C. § 2412. Accordingly,

**IT IS ORDERED** that the parties' Unopposed Motion for Attorney's Fees [DE 21] is **GRANTED** as follows:

1. Plaintiff is awarded EAJA attorney's fees in the total amount of $8,405.00;

2. If Plaintiff's counsel is subsequently awarded any fees pursuant to 42 U.S.C. § 406(b), she shall refund the lesser award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.3d 575, 580 (10th Cir. 1986); and

3. If, after receiving the Court's EAJA fee Order, the Commissioner: (1) determines that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program; and (2) agrees to waive the requirements of the Anti-Assignment Act, then the EAJA fee will be made payable to Plaintiff's attorney. However, if there is a debt owed under the Treasury Offset Program, the Commission cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney.

Signed this the 2nd of March, 2026.



MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY